**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Gena Robey,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No.:1:14-cv-1574-TWP-DKL ) |
| **Hunter Warfield, Inc.,** | ) ) |
| **Defendant.** | ) ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Gena Robey, by counsel, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp& Associates
5218 S. East St., Ste. E1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
steinkamplaw@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2015 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Corporation Service Company
Registered Agent for Defendant
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

Warren Stoller
(Counsel for Defendant)
wstoller@hunterwarfield.com

    Respectfully Submitted,

    /s/John T. Steinkamp
    John T. Steinkamp
    5218 S. East Street, Suite E1
    Indianapolis, IN 46227
    (317) 780-8300
    (317) 217-1320 fax
    Steinkamplaw@yahoo.com